|   |   |
|---|---|
| 1 | DUANE MORRIS LLP |
| 2 | Karineh Khachatourian (SBN 202634)<br>kkhachatourian@duanemorris.com |
| 3 | David T. Xue (SBN 256668)<br>dtxue@duanemorris.com |
| 4 | Patrick S. Salceda (SBN 247978)<br>psalceda@duanemorris.com |
| 5 | 2475 Hanover Street<br>Palo Alto, CA 94304 |
| 6 | Telephone: 650.847.4150<br>Facsimile: 650.847.4151 |
| 7 | Attorneys for Plaintiff |
| 8 | NETAPP, INC. |

WONG CABELLO LUTSCH
RUTHERFORD & BRUCCULERI, LLP
Russell T. Wong
rwong@counselip.com
Texas Bar No. 21884235
Admitted to the NDCA
20333 SH 249, Suite 600
Houston, TX 77070
Telephone: 832.446.2400
Facsimile: 832.446.2424

Attorneys for Defendant
CROSSROADS SYSTEMS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

NETAPP, INC.

        Plaintiff,

  v.

CROSSROADS SYSTEMS, INC.,

        Defendant.

Case No.: 4:14-cv-01727-JSW

**SECOND STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND BRIEFING SCHEDULE REGARDING CROSSROADS' MOTION TO DISMISS AND TO ENLARGE TIME FOR NETAPP TO RESPOND TO CROSSROADS' COUNTERCLAIMS PURSUANT TO CIVIL L.R. 6-2**  AS MODIFIED

Honorable Jeffrey S. White

Plaintiff and Counter-Defendant NetApp, Inc. ("NetApp") and Defendant and Counter-Claimant Crossroads Systems, Inc. ("Crossroads"), hereby stipulate, pursuant to Civil L.R. 6-2, to a further enlargement of time for NetApp to respond to Crossroads' Counterclaims and to extend the briefing schedule relative to Crossroads' Motion to Dismiss or In the Alternative, Transfer Venue. An further enlargement of time and a short extension of the briefing schedule is necessary and appropriate for the following reasons:

WHEREAS, the Court, finding good cause, previously granted the parties' Stipulation to enlarge the time for NetApp to respond to Crossroads' Counterclaims and to extend the briefing schedule relative to Crossroads' Motion to Dismiss or In the Alternative, Transfer Venue. *See* Dkt. 23.

WHEREAS, the parties continue to meet and confer in an effort to resolve this litigation. To facilitate those discussions, the most recent of which occurred May 29, 2014, and to avoid what may become unnecessary pleading and motion practice, the parties seek an additional two day extension of time for the following deadlines:

- NetApp's response to Crossroads' Counterclaims shall be extended from June 3, 2014 to June 5, 2014;

- NetApp's opposition to Crossroads' Motion to Dismiss or In the Alternative, Transfer Venue shall be extended from June 3, 2014 to June 5, 2014; and

- Crossroads' reply in support of its Motion to Dismiss or In the Alternative, Transfer Venue shall be extended from June 17, 2014 to June 19, 2014.

WHEREAS, the requested extension of time will have no effect on the schedule for this case.

**IT IS THEREFORE STIPULATED AND AGREED AS FOLLOWS:**

1. NetApp's deadline to respond to Crossroads' Counterclaims shall be extended from June 3, 2014 to June 5, 2014;

2. NetApp's deadline to file an opposition to Crossroads' Motion to Dismiss or In the Alternative, Transfer Venue shall be extended from June 3, 2014 to June 5, 2014;

3. Crossroads' reply in support of its Motion to Dismiss or In the Alternative, Transfer Venue shall be extended from June 17, 2014 to June 19, 2014; and

-1-
SECOND STIPULATION RE BRIEFING SCHEDULE ON MOTION TO DISMISS AND RESPONSE TO COUNTERCLAIMS
CASE NO. 4:14-CV-01727-JSW

4. The hearing on Crossroads' Motion to Dismiss or In the Alternative, Transfer Venue shall ~~remain June 27, 2014~~.

**IT IS SO STIPULATED:**

Dated:  May 30, 2014                                              Respectfully submitted,

                                                             By:  /s/ *Karineh Khachatourian*
                                                                  Karineh Khachatourian
                                                                  kkhachatourian@duanemorris.com
                                                                  David T. Xue
                                                                  dtxue@duanemorris.com
                                                                  Patrick S. Salceda
                                                                  psalceda@duanemorris.com
                                                                  DUANE MORRIS LLP
                                                                  2475 Hanover Street
                                                                  Palo Alto, CA 94304-1194

                                                                  Attorneys for Plaintiff
                                                                  NETAPP, INC.

Dated:  May 30, 2014                                              Respectfully submitted,

                                                             By:  /s/ *Russell T. Wong*
                                                                  WONG CABELLO LUTSCH
                                                                  RUTHERFORD & BRUCCULERI, LLP
                                                                  Russell T. Wong
                                                                  rwong@counselip.com
                                                                  Texas Bar No. 21884235
                                                                  Admitted to the NDCA
                                                                  Houston, TX 77070

                                                                  Attorneys for Defendant
                                                                  CROSSROADS SYSTEMS, INC.

## **ATTESTATION**

In accordance with Civil L.R. 5-1(i)(3), the filer of this document hereby attests that concurrence in the filing of this document has been obtained from the other signatory hereto.

                                                                  Respectfully submitted,

                                                             By:  */s/ Karineh Khachatourian*
                                                                  Karineh Khachatourian

-3-

### [~~PROPOSED~~] ORDER

Based upon the foregoing Stipulation and good cause appearing, IT IS SO ORDERED:

1. NetApp's deadline to respond to Crossroads' Counterclaims shall be extended from June 3, 2014 to June 5, 2014;

2. NetApp's deadline to file an opposition to Crossroads' Motion to Dismiss or In the Alternative, Transfer Venue shall be extended from June 3, 2014 to June 5, 2014;

3. Crossroads' reply in support of its Motion to Dismiss or In the Alternative, Transfer Venue shall be extended from June 17, 2014 to June 19, 2014; and

4. The hearing on Crossroads' Motion to Dismiss or In the Alternative, Transfer Venue shall ~~remain June 27, 2014 to.~~ shall be continued to July 11, 2014 at 9:00 a.m.

DATED: June 2, 2014

_____
Hon. Jeffrey S. White
United States District Court Judge