| | |
|---|---|
| DUANE MORRIS LLP<br>Karineh Khachatourian (SBN 202634)<br>kkhachatourian@duanemorris.com<br>David T. Xue (SBN 256668)<br>dtxue@duanemorris.com<br>Patrick S. Salceda (SBN 247978)<br>psalceda@duanemorris.com<br>2475 Hanover Street<br>Palo Alto, CA 94304<br>Telephone: 650.847.4150<br>Facsimile: 650.847.4151<br><br>Attorneys for Plaintiff<br>NETAPP, INC. | WONG CABELLO LUTSCH<br>RUTHERFORD & BRUCCULERI, LLP<br>Russell T. Wong<br>rwong@counselip.com<br>Texas Bar No. 21884235<br>Admitted to the NDCA<br>20333 SH 249, Suite 600<br>Houston, TX 77070<br>Telephone: 832.446.2400<br>Facsimile: 832.446.2424<br><br>Attorneys for Defendant<br>CROSSROADS SYSTEMS, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| NETAPP, INC.<br><br>       Plaintiff,<br><br>  v.<br><br>CROSSROADS SYSTEMS, INC.,<br><br>       Defendant. | Case No.: 4:14-cv-01727-JSW<br><br>**STIPULATED VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2) AND (c)(1) AND ~~PROPOSED~~ ORDER**<br><br>Honorable Jeffrey S. White |

Plaintiff NetApp, Inc. ("NetApp") and Defendant Crossroads Systems, Inc. ("Crossroads"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c)(1), hereby move for an order dismissing NetApp's complaint for declaratory judgment of non-infringement of U.S. Patent Nos. 7,051,147 ("the '147 Patent") and 7,987,311 ("the '311 Patent") without prejudice and all of Crossroads' counterclaims for infringement for the '147 Patent and '311 Patent against NetApp without prejudice, with each party to bear its own costs, expenses and attorneys' fees.

**IT IS SO STIPULATED:**

Dated: June 18, 2014                    Respectfully submitted,

                              By:  /s/ *Karineh Khachatourian*
                                   Karineh Khachatourian
                                   kkhachatourian@duanemorris.com
                                   David T. Xue
                                   dtxue@duanemorris.com
                                   Patrick S. Salceda
                                   psalceda@duanemorris.com
                                   DUANE MORRIS LLP
                                   2475 Hanover Street
                                   Palo Alto, CA 94304-1194

                                   Attorneys for Plaintiff
                                   NETAPP, INC.

Dated: June 18, 2014                    Respectfully submitted,

                              By:  /s/ *Russell T. Wong*
                                   WONG CABELLO LUTSCH
                                   RUTHERFORD & BRUCCULERI, LLP
                                   Russell T. Wong
                                   rwong@counselip.com
                                   Texas Bar No. 21884235
                                   Admitted to the NDCA
                                   Houston, TX 77070

                                   Attorneys for Defendant
                                   CROSSROADS SYSTEMS, INC.

-3-

**[PROPOSED] ORDER**

CAME ON THIS DAY for consideration the Stipulated Voluntary Dismissal of all claims asserted by plaintiff NetApp, Inc. ("NetApp") and all counterclaims asserted by defendant Crossroads Systems, Inc. ("Crossroads") in the above captioned action, and the Court being of the opinion that said Stipulated Voluntary Dismissal should be GRANTED.

It is hereby ORDERED, ADJUDGED, AND DECREED that:

(1) NetApp's complaint for declaratory judgment of non-infringement of U.S. Patent Nos. 7,051,147 ("the '147 Patent") and 7,987,311 ("the '311 Patent") is hereby dismissed without prejudice;

(2) Crossroads' Counterclaim for infringement of the '147 Patent and the '311 Patent is hereby dismissed without prejudice;

(3) It is further ordered that all attorneys' fees, costs and expenses shall be borne by the party that incurred them; and

(4) The Clerk is directed to close the file.

IT IS SO ORDERED.

DATED: __June 19_____, 2014          _____
                                                            Jeffrey S. White
                                          United States District Court Judge